Of Counsel
Hyslip & Taylor LLC LPA
Arturo E. Matthews, Jr. Esq.
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
Phone:  310-556-9620
aem@matthewsfirm.net
Cal. Bar. No. 145232

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sheryl Finch,<br><br>Plaintiff,<br><br>v.<br><br>Federal Bond and Collection Service, Inc. dba FBCS, Inc.<br><br>Defendant. | Case No. 3:14-cv-02898-WHA |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff dismisses this action with prejudice under F.R.C.P. 41(a)(1)(a)(i).

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC LPA

By:   /s/ Art Matthews
One of Plaintiff's Attorneys

Of Counsel
Hyslip & Taylor LLC LPA
Arturo E. Matthews, Jr. Esq.
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
Phone:  310-556-9620